UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANDREW-SPINA LIBURDI,

    Defendant.
_____/

Violation: 18 U.S.C. § 922(g)(1)

Case: 2:24-cr-20038
Assigned To : Leitman, Matthew F.
Referral Judge: Patti, Anthony P.
Assign. Date : 1/18/2024
Description: INFO USA V. MICHAEL ANDREW SPINA-LIBURDI (DA)

## **INFORMATION**

The United States Attorney charges:

### **Count One**

### **18 U.S.C. § 922(g)(1)**
### **Felon in Possession of a Firearm**

On or about July 11, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Michael Andrew-Spina Liburdi, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Mossberg Maverick 88, 12-gauge shotgun; one Romarm/Cugir Romak 991, 7.62x39-caliber rifle, one Norinco SKS, 7.62x39-caliber rifle; and one

1

Remington 597, .22-caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Information, Michael Andrew-Spina Liburdi shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offenses.

DAWN N. ISON
United States Attorney

_____
HANK MOON
Acting Chief, General Crimes Unit

_____
LOUIS F. MEIZLISH
Assistant United States Attorney

Dated: January 18, 2024

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Michael Andrew Spina Liburdi

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 23-mj-30476 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 18, 2024
Date

s/ Louis F. Meizlish
Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9745
Fax:   313-226-2311
E-Mail address: Louis.Meizlish@usdoj.gov
Attorney Bar #: P75168

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.