UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

vs.

Case No. 2:24-cr-20038

Hon. Matthew F. Leitman

Michael Andrew-Spina Liburdi,

      Defendant.

_____/

FILED
JAN 29 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**Defendant's Acknowledgement of Information**

I, Michael Andrew-Spina Liburdi, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| Count 1:<br>Felon in Possession of a Firearm<br>18 U.S.C. § 922(g)(1) | Term of imprisonment: | Maximum: 15 years |
|---|---|---|
| | Fine: | Maximum: $250,000 |
| | Term of supervised release: | Maximum: 3 years |

_____
Michael Andrew-Spina Liburdi
Defendant

### Acknowledgement of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty days of arraignment.

_____
David M. Burgess
Counsel for Defendant

Dated: 1-29-24